**Order entered December 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00586-CR

### JOSE ANTONIO CERVANTES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-76189-I**

# ORDER

Appellant, who was convicted of indecency with a child by sexual contact, filed his brief on November 16, 2018. In the brief, he uses the name of a child witness. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identify the victim and any other child under the age of eighteen either generically ("victim" or "complaining witness") or by initials only.

We **DIRECT** the Clerk to send copies of this order to Christie Merchant and the Dallas County District Attorney's Office.

/s/    LANA MYERS
        JUSTICE